**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA**

THOMAS LUND, ) ) Plaintiff, ) ) v. ) Civil Action No._____ ) UNITED STATES OF AMERICA, ) COMPLAINT UNDER FEDERAL TORT ) CLAIMS ACT (28 U.S.C. § 1346(b)) Defendant. )_____)

**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT**

Plaintiff Thomas Lund, proceeding pro se, states the following for his Complaint against the United States of America:

**PARTIES**

1. Plaintiff Thomas Lund is a U.S. citizen and a veteran currently residing abroad. At all times relevant to this complaint, Plaintiff was a resident of the United States and eligible for VA medical care and services.

2. Defendant United States of America, through its agency the Department of Veterans Affairs (VA), provides medical care to eligible veterans and is responsible for the acts and omissions of its employees and agents acting within the scope of their employment.

3. Plaintiff Thomas Lund is a U.S. citizen and veteran currently residing abroad. For purposes of this action and future proceedings, Plaintiff receives all correspondence and maintains a mailing address in Eagle, Idaho.

**JURISDICTION AND VENUE**

3. This action arises under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680.

4. This Court has jurisdiction under 28 U.S.C. § 1346(b).

5. Venue is proper in this Court under 28 U.S.C. § 1402(b) because the acts or omissions giving rise to this claim occurred at a Department of Veterans Affairs facility located in North Dakota.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

6. Plaintiff timely filed an administrative claim with the Department of Veterans Affairs on or about August 8, 2023, using Standard Form 95 (SF-95), alleging medical negligence and seeking damages in the amount of $6,000,000.

7. On April 29, 2025, the VA issued a denial of that administrative claim.

8. On May 6, 2025, Plaintiff submitted a written request for reconsideration, which was received by the VA on May 14, 2025, tolling the six-month statute of limitations.

9. On July 7, 2025, the VA issued a final denial of the reconsideration request. This complaint is being filed within six months of that final denial, in compliance with 28 U.S.C. § 2401(b).

**FACTUAL ALLEGATIONS**

10. In 2023, Plaintiff received medical and psychiatric care from personnel at a VA facility located in North Dakota.

11. During that care, VA medical personnel failed to meet the applicable standard of care and engaged in acts and omissions constituting professional negligence.

12. Plaintiff suffered severe and ongoing psychological harm and related damages as a direct result of that negligent treatment.

13. Plaintiff contends that VA personnel breached their duty to exercise the degree of care and skill ordinarily used by similarly qualified professionals in similar circumstances.

**CAUSE OF ACTION**

14. The acts and omissions described above constitute negligence under the laws of the State of North Dakota.

15. Under the FTCA, the United States is liable for personal injury caused by the negligent or wrongful acts or omissions of employees of the government acting within the scope of their office or employment.

**DAMAGES**

16. As a result of the United States' negligence, Plaintiff has suffered physical and mental pain and suffering, emotional distress, lost quality of life, and other damages.

17. Plaintiff seeks damages in the amount of $6,000,000, consistent with the administrative claim filed on August 8, 2023.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests:

A. Judgment in the amount of $6,000,000; B. Costs of this action as allowed by law; C. Any other relief the Court deems just and proper.

Respectfully submitted,

*[signature]* — 05 JANUARY 2026

Thomas Lund
5832 W Striker Ln.
Eagle, ID 83616
Plaintiff, Pro Se